1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  PARSHOTAM SINGH,                    )
                                        )
13              Plaintiff,              )   No. C 07-0629 MMC
                                        )
        v.                              )
14                                      )   **STIPULATION TO DISMISS AND**
    EMILIO T. GONZALEZ,                 )   **[PROPOSED] ORDER**
15  Director, United States Citizenship )
    and Immigration Services,           )
16                                      )
                Defendant.              )
17  _____)

18      Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

19  record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the

20  Defendant has issued the requested travel documents to Plaintiff's wife and children.

21      Each of the parties shall bear their own costs and fees.

22  Date: March 12, 2007                      Respectfully submitted,

23                                            SCOTT N. SCHOOLS
                                              United States Attorney
24

25
                                                    /s/
26                                            _____
                                              EDWARD A. OLSEN
27                                            Assistant United States Attorney
                                              Attorneys for Defendant

28

Stip. to Dismiss
C07-0629 MMC

1

2    Date: March 9, 2007

/s/
JONATHAN KAUFMAN
Attorney for Plaintiff

3

4

**ORDER**

5

Pursuant to stipulation, IT IS SO ORDERED.

6

7

8    Date:   March 12, 2007

MAXINE M. CHESNEY
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C07-0629 MMC                                    2